ACCEPTED
03-14-00645-CV
3959715
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/30/2015 9:32:50 AM
JEFFREY D. KYLE
CLERK



## ATTORNEY GENERAL OF TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/30/2015 9:32:50 AM
JEFFREY D. KYLE
Clerk

ENRIQUE M. VARELA
Assistant Attorney General
General Litigation Division

PHONE: (512) 463-2120
FAX: (512) 320-0667
EMAIL: enrique.varela@texasattorneygeneral.gov

January 30, 2015

Jeffrey D. Kyle, Clerk
Court Of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

RE:     Court of Appeals Number: 03-14-00645-CV
        Trial Court Case Number: D-1-GN-13-003462

Dear Mr. Kyle:

I undersigned attorney will be on vacation from **July 9, 2015 – July 17, 2015** we respectfully request that any responses, hearings, conferences, trial or other court appearances in the above-referenced matter not be scheduled during this period.

Thank you for your courtesy and cooperation in this matter, and should you have any questions please feel free to contact me.

Sincerely,

*/s/Enrique M. Varela*
ASSISTANT ATTORNEY GENERAL
GENERAL LITIGATION DIVISION

cc:     James J. Sullivan (via-ECF)

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL: (512) 463-2120
WEB: WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer ∀ Printed on Recycled Paper*